# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 11, 2021

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano,
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

161262(67)

JODY POHLMAN,
      Plaintiff-Appellant,

v

SC: 161262
COA: 344121
Oakland CC: 2017-853588-DO

JAMES G. POHLMAN,
      Defendant-Appellee.
_____/

      On order of the Chief Justice, the motion of Phillip B. Maxwell, PLLC, to withdraw as counsel for plaintiff-appellant is GRANTED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 11, 2021



Clerk